# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

Springfield Division

Kenneth Kurtyka

V.

Springfield Terminal Railway Company

– and –

Boston & Maine Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 - 30190 - KPN**

TO: (Name and address of defendant)

Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Curtis Center Suite 450 | 88 Black Falcon Avenue |
| Independence Square West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              9/24/04

CLERK                                                     DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Mail – Return Receipt. See attached Receipt _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Springfield Terminal Railway Co.
   Iron Horse Park
   North Billerica, MA 01862

   ATTN: Cynthia Scarano
         Director of Claims

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _RS Levesque_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): RSLEVESQUG
C. Date of Delivery: 10/7/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered      ■ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0005 4533 2478

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1F

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HANNON & JOYCE
PUBLIC LEDGER BUILDING, SUITE 1000
150 S. INDEPENDENCE MALL WEST
PHILADELPHIA, PA 19106-3413

        ATTN: Anita
              Kurtyka