UNITED STATES DISTRICFT COURT
DISTRICT OF MASSACHUSETTS

KENNETH KURTYKA,

            Plaintiff

Vs.                                      CASE NO. 04-30190-KPN

SPRINGFIELD TERMINAL
RAILWAY COMPANY, etal

            Defendants

## STIPULATION

The Plaintiff, Kenneth Kurtyka, and the Defendants, Springfield Terminal Railway Company and Boston & Maine Corporation, by and through their attorneys, hereby stipulate that Plaintiff's Boiler Inspection Act claim is dismissed and further stipulate that Plaintiff's Federal Safety Appliance Act claim is dismissed. It is stipulated that Plaintiff's FELA action under 45 U.S.C. Section 51 will remain pending on the Court's active docket.

Dated: November 29, 2004

HANNON & JOYCE                              O'BRIEN & VON ROSENVINGE

By:_____          By:_____
THOMAS J. JOYCE, III, ESQ.                JOHN J. O'BRIEN, JR., ESQ.
Public Ledger Building, Suite 1000       27 Mica Lane, Suite 202
150 S. Independence Mall West          Wellesley, MA  02481
Philadelphia, PA  19106                     Attorney for Defendants
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
88 Black Falcon Avenue      Suite 345
Boston, MA  02210
Local Counsel for Plaintiff

