UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

CIVIL ACTION NO.: 04-30190 - KPN

| | |
|---|---|
| KENNETH KURTYKA<br>295 Plain Road<br>Greenfield, MA 01301<br>　　　　　Plaintiff,<br>vs.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>　COMPANY AND<br>BOSTON & MAINE CORPORATION<br>Iron Horse Park<br>North Billerica, MA<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION IN COMPLIANCE WITH
## LOCAL RULE 16.1(D)

I, Cynthia S. Scarano, under oath hereby depose and state as follows:

1. I am Vice President of Human Resources - Claims for the Defendant, Springfield Terminal Railway Company and Boston & Maine Corporation.

2. I have conferred with counsel with regard to establishing a budget for the cost of conducting the full course and alternate course of litigation as well as the various alternative courses of resolution such as Alternative Dispute Resolution and Mediation. The Defendants need to develop further information before a decision can be made as to whether this case is appropriate for settlement, ADR or full litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS _4_ DAY OF _November_, 2004.

　　　　　　　　　　　_/s/ Cynthia S. Scarano_
　　　　　　　　　　　Cynthia S. Scarano
　　　　　　　　　　　Vice President of Human Resources -
　　　　　　　　　　　Claims,
　　　　　　　　　　　Springfield Terminal Railway Company
　　　　　　　　　　　Boston & Maine Corporation

CERTIFICATE OF SERVICE

      I, John J. O'Brien, Jr., attorney for the Defendants in the within action, hereby certify that I have this day served a copy of **CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)** by mailing a copy thereof, postage prepaid, to:

Thomas J. Joyce, III, Esq.
The Curtis Center, Suite 450
Independence Square West
Philadelphia, PA 19106-3323

Michael J. McDevitt, Esq.
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

                                                    John J. O'Brien, Jr.

Dated: 1/12/05, ~~2004~~