UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

CIVIL ACTION NO.: 04-30190 - MAP

KENNETH KURTYKA )
295 Plain Road )
Greenfield, MA 01301 )
     Plaintiff, )
vs. )
 )
SPRINGFIELD TERMINAL RAILWAY )
 COMPANY AND )
BOSTON & MAINE CORPORATION )
Iron Horse Park )
North Billerica, MA )
    Defendants. )

CERTIFICATION IN COMPLIANCE WITH
LOCAL RULE 16.1(D)

I, John J. O'Brien, Jr., under oath hereby depose and state as follows:

1. I am a partner with the law office of O'Brien & von Rosenvinge, P. C. and represent the Defendants, Springfield Terminal Railway Company and Boston & Maine Corporation.

2. In anticipation of a scheduling conference, I have conferred with Ms. Cynthia S. Scarano, Vice President of Human Resources - Claims for Springfield Terminal Railway Company, with regard to establishing a budget for the cost of conducting the full course of litigation as well as the various alternative courses of resolution such as Alternative Dispute Resolution and Mediation. The Defendants need to develop further information before deciding whether this case is appropriate for settlement, ADR or full litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS TWELFTH DAY OF JANUARY, 2005.

> John J. O'Brien, Jr.
> BBO # 375885
> O'Brien & von Rosenvinge
> 27 Mica Lane, Suite 202
> Wellesley, MA 02481
> Tel.: (781) 239-9988
> Fax: (781) 239-3360

Dated:   January 12, 2005

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the defendant, STR, hereby certify that on this date I served a copy of the **CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)** by first class mail, postage prepaid, to the following counsel of record:

Thomas J. Joyce, III, Esq.
The Curtis Center, Suite 450
Independence Square West
Philadelphia, PA 19106-3323

Michael J. McDevitt, Esq.
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

> John J. O'Brien, Jr.

Dated:   January 12, 2005