UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KURTYKA, )<br>        Plaintiff )<br> )<br>v. )<br> )<br> )<br>SPRINGFIELD TERMINAL RAILWAY )<br>COMPANY and BOSTON & MAINE )<br>CORPORATION, )<br>        Defendants ) | Civil Action No. 04-30190-MAP |

SCHEDULING ORDER
January 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on January 21, 2005:

1. Additional parties shall be joined by February 11, 2005, and the pleadings amended by March 11, 2005.

2. The parties shall complete their automatic disclosures by March 11, 2005.

3. All written discovery and non-expert depositions shall be completed by June 13, 2005.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 11, 2005.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 26, 2005.

6. All expert depositions shall be completed by September 30, 2005.

7. Counsel shall appear for a case management conference on October 6, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: January 24, 2005

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge