May 18, 2005

Honorable Kenneth P. Neiman
United States District Court
1550 Main Street
Springfield, MA   01103

RE:   Kenneth Kurtyka vs. Springfield Terminal Railway Company
      and Boston & Maine Corporation
      Civil Action No. 04-30190-KPN

Dear Judge Neiman:

   Please note our representation of the Plaintiff, Kenneth Kurtyka, in the above-captioned FELA carpal tunnel syndrome action.

   Enclosed please find Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Answer and Respond to Written Discovery.

   If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

                                             Respectfully,

                                             /s/ Thomas J. Joyce, III

                                             THOMAS J. JOYCE, III

TJJ:mgm
Enc.
cc:   Clerk's Office (original)
      John J. O'Brien, Esquire
      Michael J. McDevitt, Esquire