UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

KENNETH KURTYKA,

                Plaintiff

     v.                                CIVIL ACTION NO. 04-30190-KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON &
MAINE CORPORATION,

                Defendants

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO ANSWER AND RESPOND TO WRITTEN DISCOVERY

       The Plaintiff, Kenneth Kurtyka, by and through his attorneys, Hannon & Joyce, hereby responds to Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Answer and Respond to Written Discovery, as follows:

       Plaintiff has responded to Defendants, Springfield Terminal Railway Company and Boston & Maine Corporation's Interrogatories and Request for Production of Documents on May 17, 2005.  See attached Plaintiff's Answers to Defendants' Interrogatories and Request for Production of Documents, Plaintiff's Exhibit 1.

       Defendants' Motion to Dismiss Plaintiff's Complaint should be denied as moot.

       WHEREFORE, Plaintiff, Kenneth Kurtyka, respectfully requests this Honorable Court to enter an Order denying Defendant's Motion to Dismiss Plaintiff's Complaint as moot.

Dated: May 17, 2005

HANNON & JOYCE

By: /s/ Thomas J. Joyce,III
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA  19106
Attorney for Plaintiff

/s/ Michael J. McDevitt, Esquire
MICHAEL J. McDEVITT, ESQUIRE
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA   02210
617-439-4990
Local Counsel for Plaintiff

CERTIFICATE OF SERVICE

     I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint to John J. O'Brien, Esquire, O'Brien & von Rosenvinge, 27 Mica Lane, Suite 202, Wellesley, MA 02481, attorney for Defendant, by depositing same in United States Mail, first class, postage prepaid, this 18th day of May, 2005.

                                                      /s/ Thomas J. Joyce, III
                                                      THOMAS J. JOYCE, III