UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

_____

KENNETH KURTYKA,

    Plaintiff,

vs.                                CIVIL ACTION NO. 04-30190-KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON & MAINE
CORPORATION,

    Defendants.

_____

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST TO PRODUCE

    Plaintiff, by and through his attorneys, Hannon & Joyce, sets forth his response to the Defendants' First Request to Produce, avers as follows:

    1.    See attached medical records.

    2.    To be provided.

    3.    To be provided if applicable.

    4.    See attached medical records.

    5.    None.

    6.    To be provided if applicable.

    7.    To be provided if applicable.

    8.    None.

    9.    None.

10. None.

11. None.

12. None.

13. None.

14. See attached medical report.

15. See attached medical report.

16. See attached curriculum vitaes.

17. None.

18. None.

19. See attached medical records.

20. None.

21. None.

22. This information is within the possession of Defendants.

23. None.

24. To be provided if applicable.

25. None.

26. 45 U.S.C. Sec. 51.

27. Defendant has copies of Plaintiff's employment records. This information is within possession of Defendants.

Plaintiff reserves the right to amend or supplement Plaintiff's response to Defendants' Request to Produce prior to trial.

                                      HANNON & JOYCE  
                                      Attorneys for Plaintiff

<u>Dated: May 18, 2005</u>                 By: <u>/s/ Thomas J. Joyce, III</u>  
                                      THOMAS J. JOYCE, III, ESQUIRE  
                                      Public Ledger Building, Suite 1000  
                                      150 S. Independence Mall West  
                                      Philadelphia, PA   19106

                                      <u>/s/ Michael J. McDevitt, Esquire</u>  
                                      MICHAEL J. McDEVITT, ESQUIRE  
                                      Lawson & Weitzen, LLP  
                                      88 Black Falcon Avenue, Suite 345  
                                      Boston, MA   02210  
                                      617-439-4990

CERTIFICATE OF SERVICE

    I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of Plaintiff's Answers to Defendant's Interrogatories and Request to Produce to John J. O'Brien, Esquire, O'Brien & von Rosenvinge, 27 Mica Lane, Suite 202, Wellesley, MA  02481, attorney for Defendant, by depositing same in United States Mail, first class, postage prepaid, this 18th day of May, 2005.

                                                    /s/ Thomas J. Joyce, III
                                                   _____
                                                   THOMAS J. JOYCE, III

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

_____

KENNETH KURTYKA,

    Plaintiff,

vs.                                                  CIVIL ACTION NO. 04-30190-KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON & MAINE
CORPORATION,

    Defendants.

_____


PLAINTIFF'S ANSWERS TO DEFENDANT'S
FIRST SET OF INTERROGATORIES


    Plaintiff, by and through his attorneys, Hannon & Joyce, hereby answers the Defendant's First Interrogatories, pursuant to the Federal Rules of Civil Procedure, avers as follows:

1. The Plaintiff was employed by the Defendants from 1968 through and including 2001. While working within the scope of his employment in and around the Maintenance Department in the East Deerfield, Massachusetts area, the Plaintiff was exposed to occupational risk factors for carpal tunnel syndrome, including but not limited to repetition, force, vibration, and awkward wrist posture

2. Plaintiff worked maintenance for the Defendants requiring the repetitive use of sledgehammers, pry bars, and grinders.

3. Defendants were negligent in its failure to provide Plaintiff a safe place to work as required by the Federal Employer's Liability Act, 45 U.S. §§ 51-60; failure to provide a timely and adequate ergonomic program designed to prevent occupational carpal tunnel syndrome; failure to comply with safety and operating rules and

   regulations of the Defendant; forcing the Plaintiff to work under hurried and/or awkward conditions; and otherwise failing to exercise due and adequate care under the circumstances including, but not limited to a lack of adequate manpower.

4. Defendants knew or should have known about occupational risk factors for carpal tunnel syndrome and taken steps to prevent them. The negligence of Plaintiff's foremen and supervisors is imputed to the railroad under the FELA.

5. Plaintiff suffers from severe carpal tunnel syndrome involving the right median nerve and mild carpal tunnel syndrome involving the left median nerve. The Plaintiff has sustained pain, suffering, inconvenience, stress, and a loss of enjoyment of life.

6. Mark A. Woodward, M.D., 209 E. Atlantic Avenue, Haddon Heights, NJ 08035. June 19, 2002.

7. Not applicable.

8. Plaintiff has been and may continue to be required to receive and undergo medical treatment and medical care, including surgery, and has incurred reasonable and necessary medical expenses.

9. Plaintiff's co-workers and supervisors are witnesses to the facts of Plaintiff's complaint.

10. None.

11. To be provided.

12. To be provided.

13. Plaintiff intends to call Mark A. Woodward, M.D. as Plaintiff's medical expert and Michael Shinnick as Plaintiff's ergonomic expert.

14. Kenneth Kurtyka.

15. None.

16. None.

17. Not applicable.

18. Not applicable.

19. Plaintiff complained to co-workers.

20. To be provided.

21. Not applicable.

22. Not applicable.

23. Defendant violated the Federal Employers' Liability Act, 45 U.S.C. Sec. 51.

Plaintiff reserves the right to amend or supplement Plaintiff's Answers to Defendant's Interrogatories prior to trial.

Dated: May 18, 2005

        HANNON & JOYCE
        Attorneys for Plaintiff

        By:/s/Thomas J. Joyce, III, Esquire
        THOMAS J. JOYCE, III, ESQUIRE
        Public Ledger Building, Suite 1000
        150 S. Independence Mall West
        Philadelphia, PA   19106

        /s/ Michael J. McDevitt, Esquire
        MICHAEL J. McDEVITT, ESQUIRE
        Lawson & Weitzen, LLP
        88 Black Falcon Avenue, Suite 345
        Boston, MA   02210
        617-439-4990

CERTIFICATE OF SERVICE

    I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of Plaintiff's Answers to Defendant's Interrogatories and Request to Produce to John J. O'Brien, Esquire, O'Brien & von Rosenvinge, 27 Mica Lane, Suite 202, Wellesley, MA  02481, attorney for Defendant, by depositing same in United States Mail, first class, postage prepaid, this 18th day of May, 2005.

                                                        /s/ Thomas J. Joyce, III  
                                                        THOMAS J. JOYCE, III