

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

KENNETH KURTYKA,

          Plaintiff

Vs.                                 CIVIL ACTION NO. 04-30190-KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON &
MAINE CORPORATION,

          Defendants

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO ANSWER AND RESPOND TO WRITTEN DISCOVERY

The Plaintiff, Kenneth Kurtyka, by and through his attorneys, Hannon & Joyce, hereby responds to Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Answer and Respond to Written Discovery, as follows:

Plaintiff has responded to Defendants, Springfield Terminal Railway Company and Boston & Maine Corporation's Interrogatories and Request for Production of Documents on May 17, 2005. See attached Plaintiff's Answers to Defendants' Interrogatories and Request for Production of Documents, Plaintiff's Exhibit 1.

Defendants' Motion to Dismiss Plaintiff's Complaint should be denied as moot.

WHEREFORE, Plaintiff, Kenneth Kurtyka, respectfully requests this Honorable Court to enter an Order denying Defendant's Motion to Dismiss Plaintiff's Complaint as moot.

|  |  |
|---|---|
| Dated: May 17, 2005 | HANNON & JOYCE<br><br>By: _____<br>THOMAS J. JOYCE, III, ESQUIRE<br>Public Ledger Building, Suite 1000<br>150 S. Independence Mall West<br>Philadelphia, PA 19106<br>Attorney for Plaintiff |

MICHAEL J. McDEVITT, ESQUIRE
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990
Local Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint to John J. O'Brien, Esquire, O'Brien & von Rosenvinge, 27 Mica Lane, Suite 202, Wellesley, MA 02481, attorney for Defendant, by depositing same in United States Mail, first class, postage prepaid, this 18th day of May, 2005.

THOMAS J. JOYCE, III

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

---

KENNETH KURTYKA,

      Plaintiff,

vs.                                            CIVIL ACTION NO. 04-30190-KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON & MAINE
CORPORATION,

      Defendants.

---

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, by and through his attorneys, Hannon & Joyce, hereby answers the Defendant's First Interrogatories, pursuant to the Federal Rules of Civil Procedure, avers as follows:

1. The Plaintiff was employed by the Defendants from 1968 through and including 2001. While working within the scope of his employment in and around the Maintenance Department in the East Deerfield, Massachusetts area, the Plaintiff was exposed to occupational risk factors for carpal tunnel syndrome, including but not limited to repetition, force, vibration, and awkward wrist posture

2. Plaintiff worked maintenance for the Defendants requiring the repetitive use of sledgehammers, pry bars, and grinders.

3. Defendants were negligent in its failure to provide Plaintiff a safe place to work as required by the Federal Employer's Liability Act, 45 U.S. §§ 51-60; failure to provide a timely and adequate ergonomic program designed to prevent occupational carpal tunnel syndrome; failure to comply with safety and operating rules and


PLAINTIFF'S EXHIBIT 1

regulations of the Defendant; forcing the Plaintiff to work under hurried and/or awkward conditions; and otherwise failing to exercise due and adequate care under the circumstances including, but not limited to a lack of adequate manpower.

4. Defendants knew or should have known about occupational risk factors for carpal tunnel syndrome and taken steps to prevent them. The negligence of Plaintiff's foremen and supervisors is imputed to the railroad under the FELA.

5. Plaintiff suffers from severe carpal tunnel syndrome involving the right median nerve and mild carpal tunnel syndrome involving the left median nerve. The Plaintiff has sustained pain, suffering, inconvenience, stress, and a loss of enjoyment of life.

6. Mark A. Woodward, M.D., 209 E. Atlantic Avenue, Haddon Heights, NJ 08035. June 19, 2002.

7. Not applicable.

8. Plaintiff has been and may continue to be required to receive and undergo medical treatment and medical care, including surgery, and has incurred reasonable and necessary medical expenses.

9. Plaintiff's co-workers and supervisors are witnesses to the facts of Plaintiff's complaint.

10. None.

11. To be provided.

12. To be provided.

13. Plaintiff intends to call Mark A. Woodward, M.D. as Plaintiff's medical expert and Michael Shinnick as Plaintiff's ergonomic expert.

14. Kenneth Kurtyka.

15. None.

16. None.

17. Not applicable.

18. Not applicable.

19. Plaintiff complained to co-workers.

20. To be provided.

21. Not applicable.

22. Not applicable.

23. Defendant violated the Federal Employers' Liability Act, 45 U.S.C. Sec. 51.

Plaintiff reserves the right to amend or supplement Plaintiff's Answers to Defendant's Interrogatories prior to trial.

            HANNON & JOYCE

Dated: May 18, 2005      By:_____
               THOMAS J. JOYCE, III, ESQUIRE
               Public Ledger Building, Suite 1000
               150 S. Independence Mall West
               Philadelphia, PA   19106

               MICHAEL J. McDEVITT, ESQUIRE
               Lawson & Weitzen, LLP
               88 Black Falcon Avenue, Suite 345
               Boston, MA   02210
               617-439-4990
               Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

KENNETH KURTYKA,

    Plaintiff,

vs.                                                          CIVIL ACTION NO. 04-30190-KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON & MAINE
CORPORATION,

    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST TO PRODUCE

Plaintiff, by and through his attorneys, Hannon & Joyce, sets forth his response to the Defendants' First Request to Produce, avers as follows:

1. See attached medical records.

2. To be provided.

3. To be provided if applicable.

4. See attached medical records.

5. None.

6. To be provided if applicable.

7. To be provided if applicable.

8. None.

9. None.

10. None.

11. None.

12. None.

13. None.

14. See attached medical report.

15. See attached medical report.

16. See attached curriculum vitaes.

17. None.

18. None.

19. See attached medical records.

20. None.

21. None.

22. This information is within the possession of Defendants.

23. None.

24. To be provided if applicable.

25. None.

26. 45 U.S.C. Sec. 51.

27. Defendant has copies of Plaintiff's employment records. This information is within possession of Defendants.

Plaintiff reserves the right to amend or supplement Plaintiff's response to Defendants' Request to Produce prior to trial.

<table>
<tr><td>Dated: May 18, 2005</td><td>HANNON & JOYCE<br><br>By: _____<br>THOMAS J. JOYCE, III, ESQUIRE<br>Public Ledger Building, Suite 1000<br>150 S. Independence Mall West<br>Philadelphia, PA  19106<br><br>MICHAEL J. McDEVITT, ESQUIRE<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA  02210<br>617-439-4990<br>Attorneys for Plaintiff</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of Plaintiff's Answers to Defendant's Interrogatories and Request to Produce to John J. O'Brien, Esquire, O'Brien & von Rosenvinge, 27 Mica Lane, Suite 202, Wellesley, MA 02481, attorney for Defendant, by depositing same in United States Mail, first class, postage prepaid, this 18th day of May, 2005.

_____
THOMAS J. JOYCE, III

**MARK A. WOODWARD, M.D.**
209 E. Atlantic Avenue
Haddon Heights, NJ 08035

<u>Electrodiagnostic Report</u>: Kenneth Kurtyka          Date: June 19, 2002

MEDICAL HISTORY: Mr. Kurtyka is a 62 year old right handed maintainer who has been employed by the railroad since 1968. This individual has noted numbness, tingling, and weakness in his hands bilaterally. He states that the tingling sensation in his hands wakes him at night.

FUNCTIONAL PROFILE: This individual frequently wears gloves during work, which requires the repetitive use of sledge hammers, pry bars, and other equipment and tools which have vibration and require force and awkward postures. No history of thyroid disease, vascular disease, or local fractures noted. This individual has been exposed to stresses that are known to cause carpal tunnel syndrome.

NERVE CONDUCTION STUDIES SUMMARY:

| Nerve | Distal Motor Latency (msec) | Amplitude (mV) | Conduction Velocity (m/sec) | Distal sensory Latency (msec) |
|---|---|---|---|---|
| (L) Median | 4.2 | 4.8 | 50.4 | 3.6 |
| (R) Median | 4.8 | 5.0 | 50.4 | 4.1 |
| Normal | <=4.2 | >=4.5 | >=48.0 | <=3.5 |

- Nerve conduction studies were performed utilizing methods outlined on methods addendum.
- Left ulnar distal sensory latency:   3.3   Normal (<= 4.2)
- Right ulnar distal sensory latency:  3.2   Normal (<= 4.2)

IMPRESSION:

   **Severe carpal tunnel syndrome involving the right median nerve.
   Mild carpal tunnel syndrome involving the left median nerve.**

CONCLUSION: When correlated with the patient's work history, functional profile and nerve conduction studies, it is my opinion, with a reasonable degree of medical certainty, that this individual has carpal tunnel syndrome. Based upon available information, the condition is directly related to this individual's work activities with the railroad. The options for this patient's management include splinting, anti-inflammatory medication, steroid injection and surgical release. If the patient does not respond to conservative treatment, this individual may ultimately benefit from surgical intervention.

*Mark A. Woodward, M.D.*
Mark A. Woodward, M.D.

**MARK A. WOODWARD, M.D**
232 Charles Avenue • Brookhaven, Pennsylvania 19105

## ELECTRODIAGNOSTIC REPORT:

Name: **Kurtyka, Kenneth** D.O.B. **9/5/39** Date: **6/19**

**Nerve Conduction Studies Summary:**

| NERVE | DISTAL MOTOR LATENCY (MS) | AMPLITUDE (MV) | CONDUCTION VELOCITY (M/SEC) | DISTAL SENSORY LATENCY (MS) |
|---|---|---|---|---|
| (L) MEDIAN | 4.2 | 4.8 | 50.4 | 3.6 ND |
| (R) MEDIAN | 4.8 A | 5.0 | 50.4 | 4.1 ND |
| NORMAL | ≤ 4.2 | > 4.5 | > 48.0 | ≤ 3.5 |

**IMPRESSION:**

___ SEVERE BILATERAL CARPAL TUNNEL SYNDROME
_X_ SEVERE CARPAL TUNNEL SYNDROME INVOLVING THE RIGHT MEDIAN NERVE
___ SEVERE CARPAL TUNNEL SYNDROME INVOLVING THE LEFT MEDIAN NERVE
___ MODERATE BILATERAL CARPAL TUNNEL SYNDROME
___ MODERATE CARPAL TUNNEL SYNDROME INVOLVING THE RIGHT MEDIAN NERVE
___ MODERATE CARPAL TUNNEL SYNDROME INVOLVING THE LEFT MEDIAN NERVE
___ MILD BILATERAL CARPAL TUNNEL SYNDROME
___ MILD CARPAL TUNNEL SYNDROME INVOLVING THE RIGHT MEDIAN NERVE
_X_ MILD CARPAL TUNNEL SYNDROME INVOLVING THE LEFT MEDIAN NERVE
___ NORMAL

| NERVE | DISTAL MOTOR LATENCY (msec) | AMPLITUDE (mV) | CONDUCTION VELOCITY (m/sec) Below Elbow | CONDUCTION VELOCITY (m/sec) Above Elbow | DISTAL SENSORY LATENCY (msec) |
|---|---|---|---|---|---|
| (R) ULNAR | | | | | 3.2 |
| (L) ULNAR | | | | | 3.3 |
| NORMAL | ≤ 3.8 | ≥ 6.7 | ≥ 51.0 | ≤ 50.0 and < 10 m/sec drop ≥ 45.5 | ≤ 4.2 |

___ ENTRAPMENT NEUROPATHY OF THE ULNAR NERVES ACROSS THE ELBOW BILATERALLY
___ ENTRAPMENT NEUROPATHY OF THE RIGHT ULNAR NERVE ACROSS THE ELBOW
___ ENTRAPMENT NEUROPATHY OF THE LEFT ULNAR NERVE ACROSS THE ELBOW
___ SEVERE ENTRAPMENT NEUROPATHY OF THE ___ ULNAR NERVE ACROSS THE ELBOW
___ COMPRESSION NEUROPATHY OF THE ULNAR NERVE AT THE WRIST BILATERALLY
___ COMPRESSION NEUROPATHY OF THE RIGHT ULNAR NERVE AT THE WRIST
___ COMPRESSION NEUROPATHY OF THE LEFT ULNAR NERVE AT THE WRIST
___ NORMAL

Hannon & Joyce

**Mark A. Woodward, M.D**
**209 E. Atlantic Ave.**
**Haddon Heights, NJ 08035**

---

Patient:    KURTYKA, KENNETH                    Test Date:    06/19/02
Sex:        Male
I.D.#:      9-5-39

---

## Motor Nerve Study

Left Median Nerve
Rec Site: APB      Lat (ms)      Amp (mV)      Dist (mm)      C.V. (m/s)
STIM SITE
Wrist              4.2           4.8
Elbow              8.3           5.2           210            50.4


Right Median Nerve
Rec Site: APB      Lat (ms)      Amp (mV)      Dist (mm)      C.V. (m/s)
STIM SITE
Wrist              4.8           5.0
Elbow              9.0           4.8           210            50.4

## Sensory Nerve Study

Left Median Nerve
Stim Site: Wrist   Lat (ms)      Pk LAT (ms)   Amp (uV)
REC SITE
Index              3.6           3.6           23.3


Right Median Nerve
Stim Site: Wrist   Lat (ms)      Pk LAT (ms)   Amp (uV)
REC SITE
Index              4.1           4.1           17.0


Left Ulnar Nerve
Stim Site: Wrist   Lat (ms)      Pk LAT (ms)   Amp (uV)
REC SITE
5th dig            3.3           3.3           9.0


Right Ulnar Nerve
Stim Site: Wrist   Lat (ms)      Pk LAT (ms)   Amp (uV)
REC SITE
5th dig            3.2           3.2           21.7

19. Plaintiff complained to co-workers.

20. To be provided.

21. Not applicable.

22. Not applicable.

23. Defendant violated the Federal Employers' Liability Act, 45 U.S.C. Sec. 51.

Plaintiff reserves the right to amend or supplement Plaintiff's Answers to Defendant's Interrogatories prior to trial.

HANNON & JOYCE

Dated: May 18, 2005

By: _____
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA   19106

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA   02210
617-439-4990
Attorneys for Plaintiff