UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

CIVIL ACTION NO.: 04-30190 - KPN

| | |
|---|---|
| KENNETH KURTYKA )<br>295 Plain Road )<br>Greenfield, MA 01301 )<br>                  Plaintiff, )<br>vs. )<br>   )<br>SPRINGFIELD TERMINAL RAILWAY )<br>   COMPANY AND )<br>BOSTON & MAINE CORPORATION )<br>Iron Horse Park )<br>North Billerica, MA )<br>              Defendants. ) | |

**DEFENDANTS, SPRINGFIELD TERMINAL RAILWAY COMPANY, AND BOSTON & MAINE CORPORATION'S, MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT, PURSUANT TO FED. R. CIV. P. LOCAL RULES 7.1(A)(2) AND 37.1(A), FOR FAILURE TO ANSWER INTERROGATORIES UNDER OATH SIGNED BY THE PLAINTIFF**

    NOW COME the defendants, Springfield Terminal Railway Company and Boston & Maine Corporation, and move this Honorable Court, pursuant to F.R.C.P. Local Rules 7.1 (A)(2) and 37.1 (A), to dismiss the plaintiff's claims for failure to answer interrogatories and requests for production of documents propounded by the defendants.

**STATEMENT OF THE CASE**

    The plaintiff has brought suit against the defendants alleging that he was caused to suffer occupational carpal tunnel syndrome as a result of his alleged exposure to repetition, force, vibration and awkward wrist position during the course of his employment with the defendants since 1968 through 2001. The plaintiff does not allege that he suffered injuries as a result of an isolated incident nor does he allege that his injuries were caused by any defective appliance or equipment on any locomotive or railroad car.

    On or about October 29, 2004, defendants propounded and served on plaintiff's counsel interrogatories and requests for production of documents. On or about April 13, 2005, counsel for the defendants wrote to plaintiff's counsel pursuant to Local Rules 7.1 (A)(2) and 37.1 (A) in good faith effort to address and narrow any areas of disagreement. On or about May 4, 2005, defendants filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. Local Rules 7.1(A)(2) and 37.1(A) for Failure to Respond to Written Discovery. On May 16, 2005, defendants sent a fax to plaintiff's counsel again requesting that the plaintiff forward signed answers to interrogatories. On May 18, 2005, plaintiff filed Response to Defendants' Motion to

Dismiss Plaintiff's Complaint for Failure to Answer and Respond to Written Discovery with the Court. On May 20, 2005, defense counsel wrote to plaintiff's counsel and advised that a review of plaintiff's answers highlights that not only do they not conform to the requirements of Local Rule 33.1(A) (2) in that each answer is not precede by the interrogatory to which it responds, but also, and more importantly, the answers are signed by counsel rather than by the plaintiff under oath as required by F. R. C. P. 33(b)(1) and (2). Defense counsel requested that plaintiff's counsel arrange for the plaintiff to sign the answers under the pains and penalties of perjury as soon as possible. Since that time, the plaintiff has not responded to defense counsel's request and has failed and continues to fail to provide answers interrogatories signed by the plaintiff under the pains and penalties of perjury.

## LOCAL RULE 7.1 CERTIFICATION

I, John J. O'Brien, Jr., counsel for the Defendants, hereby certify that on May 16 and 20, 2005, I wrote to plaintiff's counsel, pursuant to Local Rules 7.1(A)(2) and 37.1(A), requesting a conference to discuss the issues raised herein. As of June 9, 2005, no response or other contact has been received from counsel to my request. Thus, the requirements of Local Rules 7.1(A)(2) and 37.1(A) have been complied with in regards to the filing of this Motion.

WHEREFORE, defendants respectfully request that the Court dismiss the plaintiff's complaint as to each defendant.

Respectfully submitted,
Springfield Terminal Railway Company and
Boston & Maine Corporation,
By their attorneys,

John J. O'Brien, Jr.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Tel.: (781) 239-9988
Fax: (781) 239-3360

Date:   June 9, 2005

## CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the defendants in the within action, hereby certify that I have this day served a copy of

**DEFENDANTS, SPRINGFIELD TERMINAL RAILWAY COMPANY, AND BOSTON & MAINE CORPORATION'S, MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT, PURSUANT TO FED. R. CIV. P. LOCAL RULES 7.1(A)(2) AND 37.1(A), FOR FAILURE TO ANSWER INTERROGATORIES UNDER OATH SIGNED BY THE PLAINTIFF**

by mailing a copy thereof, postage prepaid, to:

Thomas J. Joyce, III, Esq.  
Hannon & Joyce  
Public Ledger Building, Suite 1000  
150 South Independence Mall West  
Philadelphia, Pennsylvania 19106-3413

Michael J. McDevitt, Esq.  
Lawson & Weitzen, LLP  
88 Black Falcon Avenue, Suite 345  
Boston, MA 02210

_____  
John J. O'Brien, Jr

Date: June 9, 2005