# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

KENNETH KURTYKA

    Plaintiff(s)

        v.            CIVIL ACTION NO. 3:04 -30190 -MAP

SPRINGFIELD TERMINAL RAILWAY
COMPANY AND BOSTON & MAINE
CORPORATION

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Springfield Terminal Railway Company, et al., against the plaintiff Kenneth Kurtyka, pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                           **SARAH A. THORNTON**,
                                           CLERK OF COURT

Dated: June 30, 2005          By /s/ *Maurice G. Lindsay*
                                       Maurice G. Lindsay
                                       Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                  [jgm.]